1  ROMAN OTKUPMAN, CSBN 249423
   roman@olfla.com
2  OTKUPMAN LAW FIRM, A LAW CORPORATION
   5743 Corsa Ave., Suite 123
3  Westlake Village, CA 91362
   Telephone:  818. 293.5623
4  Facsimile:   818.850.1310

5  Attorney for Plaintiff
   Valerie Camarillo
6

7  JAMES T. CONLEY, SBN 224174
   james.conley@ogletree.com
8  JILL L. SCHUBERT, SBN 305252
   jill.schubert@ogletree.com
9  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
10 500 Capitol Mall, Suite 2500
   Sacramento, CA  95814
11 Telephone:     916-840-3150
   Facsimile:     916-840-3159
12
   Attorneys for Defendant,
13 Wal-Mart Associates, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALERIE CAMARILLO, | CASE NO.: 5:20-cv-6026 |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| WAL-MART ASSOCIATES, INC., a Delaware Corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | |

**ORDER**

The Joint Stipulation for Dismissal with Prejudice submitted by Plaintiff, VALERIE CAMARILLO and Defendant, WAL-MART ASSOCIATES, INC. is approved. IT IS

1  ORDERED THAT: the entire action, including all claims and counterclaims stated herein
2  against all parties, is hereby dismissed with prejudice, pursuant to Federal Rule of Civil
3  Procedure, Rule 41(a)(1)(ii); and the Parties are to bear their own costs and attorneys' fees.

Dated:   March 19, 2021



United States

ORDER FOR DISMISSAL WITH PREJUDICE